Submitted on record and briefs October 31, affirmed December 26, 2007

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## RONALD PAUL POITRAS,
*Defendant-Appellant.*

### Deschutes County Circuit Court
### MI032109; A128000

174 P3d 1099

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Stephanie Hortsch, Deputy Public Defender, Office of Public Defense Services, filed the opening brief for appellant. On the reply brief were Peter Gartlan, Chief Defender, Legal Services Division, and Stephanie Hortsch, Deputy Public Defender.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

Affirmed. *State v. Rodriguez*, 217 Or App 24, 175 P3d 471 (2007).